IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFEWAY ACQUISITION COMPANY,
LLC,

        Plaintiff,

vs.

CHARTER TOWNSHIP OF HURON,

        Defendant.

Case No. 4:23-cv-10709
Hon. F. Kay Behm
Mag. Anthony P. Patti

_____

## STIPULATION TO EXTEND DISCOVERY

Plaintiff Safeway Acquisition Company, LLC ("Safeway") and Defendant Charter Township of Huron ("Township") (collectively the "Parties"), through their undersigned counsel, come before the Court upon the following stipulation:

1. On April 25, 2023, the Court entered a Case Management Order (Phase I), which contains the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Exchange of Initial Disclosures under Fed. R. Civ. P 26 (a)(1): | May 19, 2023 |
| Deadline to Amend Pleadings: | May 22, 2023 |
| Lay Witness List | December 20, 2023 |
| Exhibit List | December 20, 2023 |
| Expert Witness List/Disclosures/Report - Plaintiff | December 20, 2023 |
| Expert Witness List/Disclosures/Report - Defendant | January 17, 2024 |
| Rebuttal reports are due: | January 31, 2024 |
| Fact Discovery | January 31, 2024 |

| | |
|---|---|
| Expert Discovery | January 31, 2024 |
| Status Conference (to be held at the midpoint of fact discovery): | September 7, 2023 at 10:00 a.m. |
| Dispositive Motions and Motions to Limit/Exclude Expert Testimony | March 1, 2024 |

2. At the time this Case Management Order was entered, it was the Parties' understanding that all of the Counts of Safeway's Complaint would be addressed concurrently.

3. On September 14, 2023, the Court held a scheduling conference and ordered that Count I of Safeway's Complaint would be addressed through separate briefing under Mich. Ct. R. 7.122.

4. The Parties have since completed briefing on Count I of Safeway's Complaint.

5. This briefing entailed considerable time and effort that would otherwise have been dedicated to discovery practice.

6. Additionally, the Parties anticipate that the upcoming holidays will result in at least of couple of weeks where party representatives will be unavailable for depositions and other discovery tasks.

7. As a result, the Parties anticipate the need for and jointly request a 60-day adjournment of the deadlines in the Court's April 25, 2023 Case Management Order.

8. Specifically, they request that the dates in the April 25, 2023 Case Management Order be adjourned as follows:

| EVENT | DEADLINE |
|---|---|
| Exchange of Initial Disclosures under Fed. R. Civ. P 26 (a)(1): | May 19, 2023 (Completed) |
| Deadline to Amend Pleadings: | May 22, 2023 (Passed) |
| Lay Witness List | February 19, 2024 |
| Exhibit List | February 19, 2024 |
| Expert Witness List/Disclosures/Report - Plaintiff | February 19, 2024 |
| Expert Witness List/Disclosures/Report - Defendant | March 18, 2024 |
| Rebuttal reports are due: | April 1, 2024 |
| Fact Discovery | April 1, 2024 |
| Expert Discovery | April 1, 2024 |
| Status Conference (to be held at the midpoint of fact discovery): | September 7, 2023 at 10:00 a.m. (Completed) |
| Dispositive Motions and Motions to Limit/Exclude Expert Testimony | April 30, 2024 |

9. The Parties have not previously requested any extensions of deadlines in this Matter.

WHEREFORE, the Parties jointly request that the Court enter the proposed order submitted concurrently with this stipulation and grant their request for an extension of Case Management Dates.

Stipulated and Agreed:

/s/ Jason M. Schneider
Jason M. Schneider (P79296)
The Mike Cox Law Firm, PLLC
*Attorneys for Safeway*

3

Dated: December 1, 2023             17430 Laurel Park Dr. N., Ste. 120E
                                    Livonia, MI 48152
                                    (734) 591-4002
                                    jschneider@mikecoxlaw.com


                                    /s/  Matthew J. Zalewski (w/ permission)
                                    Matthew J. Zalewski (P72207)
                                    Rosati, Schultz, Joppich & Amtsbuechler PC
                                    *Attorneys for Township*
Dated: December 1, 2023             27555 Executive Drive, Ste. 250
                                    Farmington Hills, MI 48331
                                    (248) 489-4100
                                    mzalewski@rsjlaw.com

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFEWAY ACQUISITION COMPANY, LLC

        Plaintiff,

v.

CHARTER TOWNSHIP OF HURON,

        Defendant.

Case No. 4:23-cv-10709
Hon. F. Kay Behm

## ORDER TO EXTEND
## CASE MANAGEMENT SCHEDULE

This matter comes before the Court on stipulation of the Parties, Plaintiff Safeway Acquisition Company, LLC ("Safeway") and the Charter Township of Huron ("Township"). Being satisfied with the reasons stated in the Parties' stipulation on this issue and otherwise fully advised in the premises of this matter, the Court finds good cause to extend the Case Management Dates in this matter and ORDERS that the Case Management Dates shall be extended as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Exchange of Initial Disclosures under Fed. R. Civ. P 26 (a)(1): | May 19, 2023 | N/A |
| Deadline to Amend Pleadings: | May 22, 2023 | N/A |
| Lay Witness List | December 20, 2023 | February 19, 2024 |
| Exhibit List | December 20, 2023 | February 19, 2024 |

| | | |
|---|---|---|
| Expert Witness List/Disclosures/Report - Plaintiff | December 20, 2023 | February 19, 2024 |
| Expert Witness List/Disclosures/Report - Defendant | January 17, 2024 | March 18, 2024 |
| Rebuttal reports are due: | January 31, 2024 | April 1, 2024 |
| Fact Discovery | January 31, 2024 | April 1, 2024 |
| Expert Discovery | January 31, 2024 | April 1, 2024 |
| Status Conference (to be held at the midpoint of fact discovery): | September 7, 2023 at 10:00 a.m. | September 7, 2023 at 10:00 a.m. (Completed) |
| Dispositive Motions and Motions to Limit/Exclude Expert Testimony | March 1, 2024 | April 30, 2024 |

IT IS SO ORDERED.

s/F. Kay Behm
Hon. F. Kay Behm
United States District Judge

DATED: December 4, 2023