# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SAFEWAY ACQUISITION COMPANY, LLC, | Case No. 4:23-cv-10709 |
| Plaintiff, | Hon. F. Kay Behm<br>Mag. Anthony P. Patti |
| v. | |
| CHARTER TOWNSHIP OF HURON, | |
| Defendant. | |

## APPEARANCE OF AMANDA P. WASKE

TO:   Clerk of the Court

NOW COMES AMANDA P. WASKE of ZAUSMER, P.C., and hereby enters his Appearance as counsel for Non-Party Hillwood Development Company, LLC, , in the above-referenced matter.

                                                             Respectfully submitted,
                                                             ZAUSMER, P.C.

                                                             /s/ Amanda P. Waske
                                                             MARK J. ZAUSMER (P31721)
                                                             AMANDA P. WASKE (P81128)
                                                             *Attorneys for Non-Parties Hillwood*
                                                              *Development Company, LLC*
                                                             32255 Northwestern Hwy., Suite 225
                                                             Farmington Hills, MI 48334
                                                             (248) 851-4111
                                                             mzausmer@zausmer.com
Dated:  February 28, 2024             awaske@zausmer.com