IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFEWAY ACQUISITION COMPANY, LLC,

    Plaintiff,

vs.

CHARTER TOWNSHIP OF HURON,

    Defendant.

Case No. 4:23-cv-10709
Hon. F. Kay Behm
Mag. Anthony P. Patti

_____

## NOTICE OF WITHDRAWAL OF MOTION

Please take notice that Plaintiff Safeway Acquisition Company, LLC ("Safeway"), by and through its undersigned counsel, hereby withdraws its February 16, 2024 Motion to Compel against third-party Peter Glaab.

Respectfully submitted,

**THE MIKE COX LAW FIRM**

Dated: March 15, 2024

/s/ Jason M. Schneider
Jason M. Schneider (P79296)
*Attorneys for Safeway*
17430 Laurel Park Dr. N., Ste. 120E
Livonia, MI 48152
(734) 591-4002
jschneider@mikecoxlaw.com