# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SAFEWAY ACQUISITION
COMPANY LLC,

      Plaintiff,

vs.

HURON CHARTER TOWNSHIP

      Defendant.

Case No. 4:23-cv-10709
Hon. F. Kay Behm
Mag. Anthony P. Patti

| | |
|---|---|
| Michael A. Cox (P43039)<br>Jason M. Schneider (P79296)<br>The Mike Cox Law Firm, PLLC<br>Attorneys for Plaintiff<br>17430 Laurel Park Drive North, Suite 120 E<br>Livonia, MI 48152<br>(734) 591-4002<br>mc@mikecoxlaw.com<br>jschneider@mikecoxlaw.com | Matthew J. Zalewski (P72207)<br>Melanie Hesano (P82519)<br>ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, P.C.<br>Attorneys for Defendant<br>27555 Executive Dr., Ste. 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>mzalewski@rsjalaw.com<br>mhesano@rsjalaw.com |

## STIPULATION ADJOURNING PLAINTIFF'S MOTION TO COMPEL SUBPOENA RESPONSES FROM NON-PARTY AMAZON.COM SERVICES LLC

This matter comes before this Court on stipulation of Plaintiff Safeway Acquisition Company ("Safeway"), Defendant Huron Charter Township ("Township"), and Non-Party Amazon.com Services LLC ("Amazon"). Safeway, the Township, and Amazon hereby stipulate that the hearing on Plaintiff's Motion to Compel Subpoena Responses from Non-Party Amazon.com Services LLC should be

1

adjourned from its currently scheduled date of Wednesday, March 20, 2024 at 10:00 a.m., to Wednesday, April 3, 2024 at 10:00 a.m.

Respectfully submitted,

| THE MIKE COX LAW FIRM, PLLC | KITCH ATTORNEYS & COUNSELORS, PC |
|---|---|
| By: */s/Michael A. Cox*<br>Michael A. Cox (P43039)<br>*Attorneys for Plaintiff*<br>17430 Laurel Park Dr., North, Suite 120 E<br>Livonia, MI 48152<br>(734) 591-4002<br>mc@mikecoxlaw.com | By: */s/John M. Sier*<br>John M. Sier (P39336)<br>Carina M. Kraatz (P73773)<br>*Attorneys for Amazon.com Services LLC*<br>One Woodward Avenue, Ste. 2400<br>Detroit, MI  48226<br>(313) 965-2915<br>john.sier@kitch.com<br>carina.kraatz@kitch.com |
| Date:  March 19, 2024 | Dated: March 19, 2024 |

By:*/s/ Melanie Hesano*
Matthew J. Zalewski (P72207)
Melanie Hesano (P82519)
ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, P.C.
Attorneys for Defendant
27555 Executive Dr., Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
mzalewski@rsjalaw.com
mhesano@rsjalaw.com

Dated:  March 19, 2024

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFEWAY ACQUISITION
COMPANY LLC,

    Plaintiff,

vs.

HURON CHARTER TOWNSHIP

    Defendant.

Case No. 4:23-cv-10709
Hon. F. Kay Behm
Mag. Anthony P. Patti

| | |
|---|---|
| Michael A. Cox (P43039)<br>Jason M. Schneider (P79296)<br>The Mike Cox Law Firm, PLLC<br>Attorneys for Plaintiff<br>17430 Laurel Park Drive North, Suite 120 E<br>Livonia, MI 48152<br>(734) 591-4002<br>mc@mikecoxlaw.com<br>jschneider@mikecoxlaw.com | Matthew J. Zalewski (P72207)<br>Melanie Hesano (P82519)<br>ROSATI SCHULTZ JOPPICH &<br>AMTSBUECHLER, P.C.<br>Attorneys for Defendant<br>27555 Executive Dr., Ste. 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>mzalewski@rsjalaw.com |

### ORDER ADJOURNING PLAINTIFF'S MOTION TO COMPEL SUBPOENA RESPONSES FROM NON-PARTY AMAZON.COM SERVICES LLC

The Court being satisfied with the Parties' stipulation for adjournment, and being otherwise fully advised in the premises orders as follows:

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel Subpoena Responses from Non-Party Amazon.com Services LLC is adjourned from Wednesday, March 20, 2024 at 10:00 a.m., to **Thursday, April 4, 2024 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: March 19, 2024

                                           Hon. Anthony P. Patti
                                           United States Magistrate Judge