UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Safeway Acquisition Company, LLC,

                Plaintiff(s),

v.                                        Case No. 2:23−cv−10709−GAD−APP
                                        Hon. Gershwin A. Drain

Huron, Charter Township of,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room Courtroom 672.  The following motion(s) are ***rescheduled*** for hearing:

      Motion to Compel – #31

- MOTION HEARING:  July 2, 2024 at 09:30 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/K. Brown
                                                     Case Manager

Dated:  May 15, 2024