UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFEWAY ACQUISITION COMPANY, LLC

       Plaintiff,                                Case No. 4:23-cv-10709
                                                   Hon. Gershwin A. Drain

v.

CHARTER TOWNSHIP OF HURON,

       Defendant.

_____

## STIPULATION TO EXTEND DISCOVERY

Plaintiff Safeway Acquisition Company, LLC ("Safeway") and Defendant Charter Township of Huron ("Township") (collectively the "Parties"), through their undersigned counsel, come before the Court upon the following stipulation:

**WHEREAS**, the parties have been diligently pursuing discovery through the exchange of written discovery requests and working to schedule depositions, but scheduling difficulties have precluded being able to schedule all anticipated depositions in time for the discovery completion deadline;

**WHEREAS**, the parties believe that an extension of sixty (60) days to the existing discovery deadline would be beneficial to allow the parties to complete depositions and the supplementation of written discovery responses;

**IT IS HEREBY ORDERED** that the Current Scheduling Order ECF No. 56, PageID.825-827, is amended as follows:

| Event | Deadline | Modified Deadline |
|---|---|---|
| Lay Witness List | May 19, 2024 | July 18, 2024 |
| Exhibit List | May 19, 2024 | July 18, 2024 |
| Expert Witness List/Disclosures/Report - Plaintiff | May 19, 2024 | July 18, 2024 |
| Expert Witness List/Disclosures/Report - Defendant | June 17, 2024 | August 16, 2024 |
| Rebuttal reports are due: | July 1, 2024 | September 3, 2024 |
| Fact Discovery | July 1, 2024 | September 3, 2024 |
| Expert Discovery | July 1, 2024 | September 3, 2024 |
| Dispositive Motions and Motions to Limit/Exclude Expert Testimony | July 29, 2024 | September 27, 2024 |

**IT IS SO ORDERED.**

This is not a final order and does not close the case.

DATED: June 18, 2024

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Judge

2

Stipulated as to form for entry:

  /s/ Melanie M. Hesano                          DATED: June 14, 2024
MELANIE M. HESANO (P82519)
Attorney for Defendant

  /s/ James P. Allen, Sr. (w/consent)      DATED: June 14, 2024
JAMES P. ALLEN, SR. (P79296)
Attorney for Plaintiff

3